

NUMBER 13-14-00643-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MICHAEL A. ALEX,                                                        Appellant,

v.

BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT,                                                       Appellee.

On appeal from the 138th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, Michael A. Alex, filed an appeal from a judgment rendered against him in favor of appellee, Brownsville Independent School District. On February 24, 2015, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on February 17, 2015, and that the deputy district clerk, Yvonne Calzada,

had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
19th day of March, 2015.